UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 19-00365 DSF (DFMx) | Date | April 11, 2019 |
| Title | Matthew Verdiglione v. Fedail Farmouze et al | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
| Renee Fisher | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Defendant(s) did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 21 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted on that date.

Filing of the above document on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause

Page **1** of **1**     CIVIL MINUTES - GENERAL     \_\_\_\_ : \_\_\_\_
Initials of Deputy Clerk: rf